UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80030-CIV-HURLEY/GOODMAN

TAURUS L. TURNQUIST,

    Plaintiff,

v.

DEPUTY SGT. NOLL, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    THIS CAUSE comes before the Court upon the Motion of Defendants, Sgt. Noll, Cpl. Cribbs, Officer Garcia, Capt. Starks, and Lt. Jackson, to Dismiss Plaintiff's Amended Complaint. The Honorable Jonathan Goodman, United States Magistrate Judge, issued a Report and Recommendation on the motion [D.E. #19], filed on August 11, 2010, recommending that the motion be treated as a motion for partial summary judgment as to Turnquist's excessive force claim and granted as to that claim, but that the Defendants be required to answer the remaining allegations not addressed in their motion to dismiss.

    No party has objected to the Report and Recommendation, so no party is challenging the factual findings contained in it. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the Report. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Report is **ADOPTED**. Defendants are granted summary judgment as to Plaintiff's excessive force claim and Defendants shall answer the remaining allegations within fourteen days of this Order.

DONE AND ORDERED in chambers, West Palm Beach, Florida, September 3rd , 2010.

                                                                     _____
                                                                            Daniel T. K. Hurley
                                                                     United States District Judge

**Copies Furnished To:**
Magistrate Judge Jonathan Goodman
Taurus L. Turnquist, *pro se*
All Counsel of Record